BEFORE THE FIRST DIVISION, NOVEMBER 7, 1951

**No. 55974.**—M. L. Gross & Company *v*. United States, protests 167787–K, etc. (Philadelphia).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.